# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148898-9(110)

JEANNE HARRISON,
      Plaintiff-Appellee,

v

MUNSON HEALTHCARE, INC.,
      Defendant-Appellant,
and

SURGICAL ASSOCIATES OF TRAVERSE
CITY, P.L.L.C., WILLIAM P. POTTHOFF,
M.D., and CINDY GILLIAND, R.N.,
      Defendants,
and

THOMAS R. HALL,
      Appellee.
_____/

SC: 148898-9
COA: 304512, 304539
Grand Traverse CC:
      2009-027611-NH

      On order of the Chief Justice, the motion of the Michigan Health and Hospital Association to participate as amicus curiae is GRANTED. The amicus brief submitted on June 23, 2014, in support of the application for leave to appeal is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2014



Clerk